# INDEX OF DOCUMENTS
# FILED WITH REMOVAL ACTION

A) Plaintiff's Original Petition;

B) Copy of Citation issued to Defendant Wal-Mart Stores Texas, L.L.C.;

C) Docket Sheet;

D) Defendant's Original Answer and Affirmative Defenses to Plaintiff's Original Petition, and Requests for Disclosure;

E) Defendant's Request for Jury Trial;

F) Plaintiff's Motion for Telephonic Docket Control Conference;

G) Order Setting Telephonic Docket Conference;

H) Order Agreed Docket Control Order; and

I) Plaintiff's Fourth Supplemental Responses to Defendant's Request for Disclosure.